1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorney for Defendant State Farm Fire and*
7  *Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTORIA STEWART, an Individual, | Case No.: 2:25-cv-01292-CDS-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **[FIRST REQUEST]** |
| STATE FARM FIRE AND CASUALTY COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS XI through XX, Inclusive, | |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety (90) days, up to and including *Monday, April 13, 2026*. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties third request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

## **DISCOVERY COMPLETED**

1. On September 18, 2025, Defendant served their Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

2. On September 26, 2025, Plaintiff served their Initial Disclosures of Witnesses and

165489454.1

Production of Documents Pursuant to FRCP 26.1.

3.     On October 7, 2025, Defendant served their Requests for Admissions, Interrogatories and Request for Production of Documents on Plaintiff. Defendant's Responses are Due on November 11, 2025.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendants will take the deposition of Plaintiff.

3. Plaintiffs may depose Defendant's FRCP 30(b)(6) witness(es).

4. Plaintiffs may depose Defendant's adjustor.

5. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

6. The parties have designated expert witnesses and may conduct depositions of those expert witnesses.

7. Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto. Pursuant to EDCR 2.35, a stipulation to extend any date set by the applicable discovery scheduling order must be supported by a showing of "good cause" and filed no later than 21 days before the discovery cut-off date. There are deadlines within twenty-one (21) days. As such, good cause exists for extending discovery as the parties have submitted their request and have acted in good faith in attempting to comply with the discovery deadlines. Further, the parties have not purposefully procrastinated or caused undue delay but continue to diligently pursue discovery in this matter. Various discovery remains to be completed and additional time is respectfully requested in order for the parties to be able to complete this discovery, as outlined above.

Both parties need additional time to schedule the depositions of witnesses in order to adequately try the case. This is the FIRST request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

Based on the foregoing, the parties respectfully request this Honorable Court grant their requested extension of the discovery deadlines. This request is not made in bad faith or to impose any unnecessary delays in the resolution of this matter. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Tuesday, January 13, 2026* | *Monday, April 13, 2026* |
| Amend Pleadings or Add Parties | *Closed.* | *Closed.* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Friday, November 14, 2025* | *Thursday, February 12, 2026* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, December 15, 2025* | *Monday, March 16, 2026* |
| Dispositive Motions | *Thursday, February 12, 2026* | *Wednesday, May 13, 2026* |
| Pretrial Order | *Monday, March 16, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Monday, June 15, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

165489454.1      3

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of Tuesday, January 13, 2026, up to and including Monday, April 13, 2026, and the other dates as outlined in accordance with the table above.

| | |
|---|---|
| Dated this 23rd day of October, 2025 | Dated this 23rd day of October, 2025 |
| BOYD LEGAL PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Russell Boyd | /s/ Robert W. Freeman |
| RUSSELL BOYD<br>Nevada Bar No. 15389<br>4625 West Nevso Drive, Suite 2 & 3<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>FRANCIS A. ARENAS<br>Nevada Bar No. 6557<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* |

**ORDER**

IT IS SO ORDERED.

DATED this  24th  day of  October , 2025.

_____
UNITED STATES MAGISTRATE JUDGE

165489454.1